## LEWIS v. BERGMANN.

(Supreme Court, Appellate Term.    June 5, 1908.)

VENDOR AND PURCHASER—REMEDIES OF PURCHASER—RECOVERY OF EARNEST
    MONEY.
    A plaintiff is entitled to recover a cash payment made on signing a contract for the purchase of real estate, where defendant has not offered to complete the contract.
    [Ed. Note.—For cases in point, see Cent. Dig. vol. 48, Vendor and Purchaser, § 973.]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by May Lewis against Samuel Bergmann. From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before GILDERSLEEVE, P. J., and DAYTON and GERARD, JJ.

Henry Hetkin, for appellant.
Aaron J. Levy, for respondent.

PER CURIAM. Action to recover $200 paid by plaintiff on signing a contract for purchase of real estate. Defendant at no time offered to complete. Judgment was most properly given for plaintiff. The defendant appellant abuses the patience of the court by contesting the demand.

Judgment affirmed, with costs.